

**FILED**

APR 1 4 2016

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | No. **16CR 260** |
|---|---|
| v. | |
| JOSEPH RILEY | Violation: Title 18, United States Code, Sections 922(g)(1) |

**JUDGE THARP**
**MAGISTRATE JUDGE SCHENKIER**

The SPECIAL JANUARY 2015 GRAND JURY charges:

Beginning no later than on or about February 17, 2015, and continuing until July 11, 2015, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSEPH RILEY

defendant herein, having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a Sig Sauer P229 .40 caliber pistol bearing serial number AK22729, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

The property to be forfeited includes, but is not limited to, a Sig Sauer P229 .40 caliber pistol bearing serial number AK22729 and ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY